Certificate Number: 14912-ILC-DE-035823208

Bankruptcy Case Number: 21-70459



14912-ILC-DE-035823208

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2021, at 8:17 o'clock PM EDT, Curtis Hobson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of Illinois.

Date: July 9, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor